Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13647−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Negron
   127 Leanne Drive
   New Egypt, NJ 08533

Social Security No.:
   xxx−xx−9203

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

The debtor filed a petition on March 2, 2020, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑ Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐ Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐ Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑ Filing fee in the amount of $310.00

☐ Application for Individuals to Pay the Filing Fee in Installments

☐ Initial installment payment in the amount of $

☐ Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

   Date: March 24, 2020
   Time: 11:00 AM
   Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.


Dated: March 3, 2020
JAN: pbf

                                         <u>Christine M. Gravelle</u>
                                         United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond Negron  
       Debtor

Case No. 20-13647-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2020  
                      Form ID: osc1006    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db          +Raymond Negron,    127 Leanne Drive,    New Egypt, NJ 08533-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235

                                                                                                                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Kirsten B. Ennis   on behalf of Debtor Raymond  Negron pacerecf@ennislegal.com, r53278@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                           TOTAL: 3