Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13647−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Negron
   127 Leanne Drive
   New Egypt, NJ 08533

Social Security No.:
   xxx−xx−9203

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           5/6/20
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 10, 2020
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 20-13647-CMG
Raymond Negron                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1       Date Rcvd: Mar 10, 2020
                              Form ID: 132             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db             +Raymond Negron,    127 Leanne Drive,    New Egypt, NJ 08533-2610
518745076      +Amerifinancial Solutio,    Po Box 65018,    Baltimore, MD 21264-5018
518745077      +Amerisol,    Po Box 65018,    Baltimore, MD 21264-5018
518745079      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518745080      +Mayda Negron,    127 Leanne Drive,    New Egypt, NJ 08533-2610
518745081      +Mr. Cooper,    8950 Cypress Waters,    Coppell, TX 75019-4620
518745082      +Scotts Lawnservice Monmouth NJ,    c/o Kathleen R. Wall,    2640 Highway 70,    PO Box A,
                 Manasquan, NJ 08736-0631
518745083      +State of New Jersey,    Department of Labor,    PO Box 650,    Trenton, NJ 08646-0650
518745085      +Wakefield & Associates,    409 Bearden Park C,    Knoxville, TN 37919-7448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518745075      +E-mail/Text: ally@ebn.phinsolutions.com Mar 11 2020 00:38:33       Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518745078      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 00:39:11      IRS,    PO Box 8208,
                 Philadelphia, PA 19101-8208
518745084      +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2020 00:43:30      Syncb/ppc,    Po Box 965005,
                 Orlando, FL 32896-5005
518746305      +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2020 00:42:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Raymond  Negron pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```