Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−13647−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Raymond Negron
    127 Leanne Drive
    New Egypt, NJ 08533

Social Security No.:
    xxx−xx−9203

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 7, 2020
JAN: dmi

                                                                       Jeanne Naughton
                                                                       Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 20-13647-CMG
Raymond Negron                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: May 07, 2020
                              Form ID: 148              Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Raymond Negron,    127 Leanne Drive,    New Egypt, NJ 08533-2610
518745076      +Amerifinancial Solutio,    Po Box 65018,    Baltimore, MD 21264-5018
518745077      +Amerisol,    Po Box 65018,    Baltimore, MD 21264-5018
518745079      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518745080      +Mayda Negron,    127 Leanne Drive,    New Egypt, NJ 08533-2610
518745081      +Mr. Cooper,    8950 Cypress Waters,    Coppell, TX 75019-4620
518820136      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
518745082      +Scotts Lawnservice Monmouth NJ,    c/o Kathleen R. Wall,     2640 Highway 70,    PO Box A,
                 Manasquan, NJ 08736-0631
518745083      +State of New Jersey,    Department of Labor,    PO Box 650,    Trenton, NJ 08646-0650
518745085      +Wakefield & Associates,    409 Bearden Park C,    Knoxville, TN 37919-7448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:22      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518745075      +EDI: GMACFS.COM May 08 2020 02:53:00      Ally Financial,    P.o. Box 380901,
                 Bloomington, MN 55438-0901
518819559       EDI: GMACFS.COM May 08 2020 02:53:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
518745078      +EDI: IRS.COM May 08 2020 02:53:00      IRS,   PO Box 8208,    Philadelphia, PA 19101-8208
518745084      +EDI: RMSC.COM May 08 2020 02:53:00      Syncb/ppc,    Po Box 965005,    Orlando, FL 32896-5005
518746305      +EDI: RMSC.COM May 08 2020 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Raymond   Negron pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```